Katherine Shannon Christovich, Esq. (SBN: 178397)
Associate Counsel, Legal Services
WRITERS GUILD OF AMERICA, WEST, INC.
7000 W. Third Street
Los Angeles, California 90048
323-782-4521
323-782-4806 FAX

Attorney for Petitioners

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| WRITERS GUILD OF AMERICA, WEST, INC. and CMB PRODUCTIONS, INC. f/s/o CHRIS BERTOLINI,<br><br>Petitioners,<br><br>vs.<br><br>STONE VILLAGE PICTURES, LLC and SCOTT STEINDORFF,<br><br>Respondents. | CASE NO.: CV09-2080 PA (FMOx)<br><br>**JUDGMENT**<br><br>HONORABLE PERCY ANDERSON |

In accordance with the Court's Order granting the petition to confirm arbitration award by petitioners Writers Guild of America, West, Inc. ("WGAW") and CMB Productions, Inc. f/s/o Chris Bertolini (collectively, "Petitioners"), issued on May 18, 2009,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. WGAW shall recover outstanding compensation, a portion of the accrued interest, and pension plan and health fund contributions in the total amount of Thirty-One Thousand One Hundred Twenty-Five Dollars ($31,125) from Stone Village Pictures, LLC and Scott Steindorff (collectively, "Respondents").

2. WGAW also shall recover from Respondents interest in the amount of Four Thousand Seven Hundred Twenty-Two Dollars ($4,722) ("Conditionally Waived Interest")

1

which accrued as of April 2008 on the outstanding guaranteed compensation and the pension plan and health fund contributions.

3.   Interest shall continue to accrue on any unpaid amount at the rate of one and one-half percent (1.5%) per month from September 29, 2008, and shall continue to accrue thereon until all sums are paid in full.

4.   WGAW shall recover from Respondents attorneys' fees of $2,500 plus costs of $350, which were incurred by WGAW in confirming the award in this Court.

5.   The Clerk is ordered to enter this Judgment.

Dated: May 18, 2009

PERCY ANDERSON
United States District Judge

O:\PA\ECF Ready\Judgment.doc